NUMBERS 13-00-582-CR through 13-00-584-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


WARNER WOODARD
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden, and Justices Hinojosa and

Chavez

Opinion Per Curiam



 Appellant, WARNER WOODARD, attempted to perfect appeals
from judgments entered by the 347th District Court of Nueces County,
Texas. Sentence in these causes was imposed on March 9, 2000. No
timely motion for new trial was filed. The notices of appeal were due
to be filed on April 8, 2000, but were not filed until September 21,
2000. Said notices of appeal are untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notices of appeal and
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and
appellant's failure to timely perfect his appeals, is of the opinion that the
appeals should be dismissed for want of jurisdiction. The appeals are
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of November, 2000.